# No. 24-40727

---

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

---

United States of America,

Plaintiff - Appellee

v.

William Scott Kendall,

Defendant - Appellant

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

---

**RECORD EXCERPTS**

---

SUBMITTED BY:
Nelson Ebaugh
3730 Kirby Drive
Houston, TX 77098
713-752-0700

# Table of Contents

| Document | Record Citation | Tab |
|---|---|---|
| Docket Sheet - 2:23-CR-501-1 | ROA.385-397 | Tab 1 |
| Docket Sheet - 2:23-CR-501-1 | ROA.1-12 | Tab 2 |
| Notice of Appeal - Judgment and Sentence | ROA.123-124 | Tab 3 |
| Notice of Appeal | ROA.130-132 | Tab 4 |
| Indictment - ADI | ROA.13-14 | Tab 5 |
| Judgment and Commitment | ROA.76-81 | Tab 6 |
| Judgment for Revocation | ROA.119-122 | Tab 7 |
| Probation Form 12C (PRIVATE ENTR | ROA.98-101 | Tab 8 |
| Superseding Probation Form 12C (PRIVATE ENTR | ROA.106-109 | Tab 9 |

**TAB 1**

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
## CRIMINAL DOCKET FOR CASE #: 2:23-cr-00501-1
## Internal Use Only

Case title: USA v. Kendall

Date Filed: 09/27/2023

Date Terminated: 06/17/2024

Assigned to: Judge Nelva Gonzales Ramos

### Defendant (1)

**William Scott Kendall**
*TERMINATED: 06/17/2024*
*also known as*
Willam Scott Kendall
*TERMINATED: 06/17/2024*

represented by **Carlos Omar Reyna**
Law Offices of Carlos Reyna
809 S Port
Corpus Christi, TX 78405
361-883-8631
Email: crls_ryn@yahoo.com
*TERMINATED: 11/06/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Federal Public Defender - Corpus Christi**
606 N Carancahua
Ste 401
Corpus Christi, TX 78476
361-888-3532
Email: Mary_Montoya@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Jon Muschenheim**
Gregor Wynne Arney
4265 San Felipe
Suite 700
Houston, TX 77027
361-828-9008
Email: jmuschenheim@gwafirm.com
*TERMINATED: 10/21/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

24-40727.385

**Kristen D. Langford-Harris**
Federal Public Defender
500 N. Shoreline Blvd.
Suite 301
Corpus Christi, TX 78401
361-888-3532
Email: kristen_d_langford@fd.org
*TERMINATED: 10/10/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Marjorie A Meyers**
Marjorie Meyers
Southern District of Texas
6711 Stella Link Rd
Suite 105
Houston, TX 77025
713-859-8236
Fax: 713-669-0139
Email: Margy_Meyers@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Nelson Starbranch Ebaugh**
Nelson S. Ebaugh, P.C.
3730 Kirby Drive
Suite 1200
Houston, TX 77098
713-752-0700
Fax: 713-739-0500
Email: nebaugh@ebaughlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Rachel Elizabeth Braver**
Federal Public Defender
500 N. Shoreline Blvd.
Suite 301
Corpus Christi, TX 78401-5222
361-888-3532
Fax: 361-888-3534
Email: rachel_braver@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Kathryn Lucille Shephard**
Federal Public Defender

440 Louisiana St, Suite 1350
Houston, TX 77002
713-718-4600
Fax: 713-718-4610
Email: kathryn_shephard@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| UNLAWFUL TRANSPORT OF FIREARMS, ETC. (1) | 18 months CBOP (to be served concurrent to any sentence imposed in the pending state court cases in paragraphs 37 and 38); $100 Special Assessment; 3 years of Supervised Release; Standard and Mandatory Conditions; Substance Abuse Treatment and Testing; Alcohol Abstinence; Batterer's Intervention Program; UPDATE 10/30/2024: 6 months CBOP; 30 months of Supervised Release; Substance Abuse Treatment and Testing; Alcohol Abuse Treatment and Abstinence; Mental Health Treatment; Anger Management; Battering and Intervention Program; 6 months of Location Monitoring |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Plaintiff**

| **USA** | represented by | **Appellate Division** |
| --- | --- | --- |
| | | U.S. Attorney's Office |
| | | Southern District of Texas |
| | | 1000 Louisiana |
| | | Ste 2300 |
| | | Houston, TX 77002 |
| | | Email: usatxs.appellate@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

Designation: Retained

**Carolyn Ferko**
U S Attorney Office
1000 Louisiana
Ste 2300
Houston, TX 77002
713-567-9562
Fax: 713-718-3406
Email: carolyn.ferko@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel Stacey Dunn**
US Attorney's Office
800 N Shoreline Blvd.
Ste 500
Corpus Christi, TX 78401
361-888-3111
Email: joel.dunn@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Financial Litigation**
U S Attorney's Office
Southern District of Texas
1000 Louisiana St
Ste 2300
Houston, TX 77002
713-567-9000
Fax: 713-718-3391 fax
Email: flu.usatxs-@usdoj.gov
*ATTORNEY TO BE NOTICED*
Designation: Retained

**X Case Manager CCMagDuty**
Email: ccmagduty@txs.uscourts.gov
*ATTORNEY TO BE NOTICED*
Designation: Retained

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2023 | 1 | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Willam Scott Kendall (1) count(s) 1, filed. (Attachments: # 1 Unredacted attachment) (MaraGonzales, 2) (Entered: 09/27/2023) |
| 09/27/2023 | 2 | US Attys Criminal Docket Sheet as to Willam Scott Kendall, filed.(MaraGonzales, 2) (Entered: 09/27/2023) |
| 09/27/2023 | 3 | MOTION for Issuance by USA as to Willam Scott Kendall, filed. (Attachments: # 1 Proposed Order)(MaraGonzales, 2) (Entered: 09/27/2023) |

| | | |
|---|---|---|
| 09/27/2023 | 4 | Application for Writ of Habeas Corpus ad Prosequendum as to Willam Scott Kendall, filed. (MaraGonzales, 2) (Entered: 09/27/2023) |
| 09/27/2023 | 5 | ORDER granting 3 Motion for Issuance of Arrest as to Willam Scott Kendall (1). (Signed by Magistrate Judge Mitchel Neurock.) Parties notified. (MaraGonzales, 2) (Entered: 09/27/2023) |
| 09/27/2023 | | (Court only) Arrest Warrant Issued in case as to Willam Scott Kendall ( Issued by Magistrate Judge Mitchel Neurock), filed. (MaraGonzales, 2) (Entered: 09/27/2023) |
| 09/27/2023 | 6 | Writ of Habeas Corpus ad Prosequendum Issued as to Willam Scott Kendall ( Signed by Magistrate Judge Mitchel Neurock). Initial Appearance set for 9/29/2023 at 09:45 AM before Magistrate Judge Mitchel Neurock, filed. (MaraGonzales, 2) (Entered: 09/27/2023) |
| 09/27/2023 | 8 | (Court only) Receipt signed by USM, as to Willam Scott Kendall. re: 6 Writ of Habeas Corpus ad Prosequendum Issued, filed. (MaraGonzales, 2) (Entered: 09/28/2023) |
| 09/28/2023 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER. (Signed by Magistrate Judge Mitchel Neurock) Parties notified. (LisaMGonzalez, 2) (Entered: 09/28/2023) |
| 09/29/2023 | | Arrest of Willam Scott Kendall. (AnnetteMartinez, 2) (Entered: 09/29/2023) |
| 09/29/2023 | | Minute Entry for proceedings held before Magistrate Judge Mitchel Neurock: INITIAL APPEARANCE as to Willam Scott Kendall (Defendant informed of rights) held on 9/29/2023. Defendant requests appointed counsel. Financial Affidavit executed. Court grants request for appointment of counsel. Defendant consents to this hearing by video conference. Government moves for detention and requests a continuance. Court grants Government's request for continuance. Arraignment & Detention Hearing set for 10/4/2023 at 10:30 AM before Magistrate Judge Jason B Libby. Appearances: Robert Thorpe, AUSA; Kristen Langford-Harris for Defendant. (Digital # 9:42-9:48) (ERO: Jared Marks) (Interpreter: not used) Deft remanded to custody. (AnnetteMartinez, 2) (Entered: 09/29/2023) |
| 09/29/2023 | 9 | BRADY ORDER on Rule 5(f) as to Willam Scott Kendall. (Signed by Magistrate Judge Mitchel Neurock) Parties notified. (AnnetteMartinez, 2) (Entered: 09/29/2023) |
| 09/29/2023 | 10 | Arrest Warrant issued 9/27/23; Returned Executed on 9/29/23 as to Willam Scott Kendall. Defendant was arrested in Corpus Christi. Document restricted from PACER under privacy policy., filed. (LeticiaGarza, 2) (Entered: 09/29/2023) |
| 09/29/2023 | 11 | Sealed Financial Affidavit CJA 23 by Willam Scott Kendall, filed. (Entered: 09/29/2023) |
| 09/29/2023 | 12 | SCHEDULING ORDER as to Willam Scott Kendall. Motions to Continue the Final Pretrial Conference and Jury Trial, Motions in Limine, Exhibit and Witness Lists, and Proposed Jury Instructions due no later than three (3) days before the Final Pretrial Conference. Arraignment set for 10/4/2023 at 10:30 AM before Magistrate Judge Jason B Libby. Final Pretrial Conference set for 10/26/2023 at 09:00 AM before Judge Nelva Gonzales Ramos. Jury Trial set for 11/6/2023 at 09:00 AM before Judge Nelva Gonzales Ramos. ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (AnnetteMartinez, 2) (Entered: 09/29/2023) |
| 10/02/2023 | | NOTICE OF ATTORNEY APPEARANCE Kristen D. Langford-Harris, Federal Public Defender, in case as to Willam Scott Kendall, filed.(Langford-Harris, Kristen) |

| | | |
|---|---|---|
| | | (Entered: 10/02/2023) |
| 10/02/2023 | 13 | Pretrial Services Report (Sealed) as to Willam Scott Kendall, filed. (rmonroy, 2) (Entered: 10/02/2023) |
| 10/04/2023 | | Minute Entry for proceedings held before Magistrate Judge Jason B Libby: DETENTION AND ARRAIGNMENT held on 10/4/2023. Not Guilty on Count(s) 1. Deft, through, counsel, waived Detention Hearing without prejudice. Appearances: Tyler Joseph Foster, AUSA; Rachel Braver f/Defendant; USPO LeRoy Venable; DUSM C. Askew. (Digital # 10:14-10:18) (ERO: N. Avila) (Interpreter: not used) Deft remanded to custody. (KendraPearson, 2) (Entered: 10/04/2023) |
| 10/04/2023 | 14 | ORDER OF DETENTION PENDING TRIAL as to Willam Scott Kendall ( Signed by Magistrate Judge Jason B Libby) Parties notified. (KendraPearson, 2) (Entered: 10/04/2023) |
| 10/10/2023 | | NOTICE OF ATTORNEY APPEARANCE Rachel Elizabeth Braver, Federal Public Defender, in case as to Willam Scott Kendall, filed.(Braver, Rachel) (Entered: 10/10/2023) |
| 10/19/2023 | 15 | Unopposed MOTION to Continue Final Pretrial Conference and Jury Trial by Willam Scott Kendall, filed. (Braver, Rachel) (Entered: 10/19/2023) |
| 10/20/2023 | 16 | ORDER granting 15 Motion to Continue as to Willam Scott Kendall (1) Final Pretrial Conference set for 11/30/2023 at 09:00 AM before Judge Nelva Gonzales Ramos Jury Trial set for 12/11/2023 at 09:00 AM before Judge Nelva Gonzales Ramos. **ANY SUPPORTING DOCUMENTS AND MOTIONS TO CONTINUE MUST BE FILED 3 DAYS PRIOR TO FPTC DATE.** (Signed by Judge Nelva Gonzales Ramos.) Parties notified.(FrancesCarbia, 2) (Entered: 10/20/2023) |
| 11/22/2023 | 17 | Unopposed MOTION to Continue Final Pretrial Conference and Jury Trial by Willam Scott Kendall, filed. (Braver, Rachel) (Entered: 11/22/2023) |
| 11/27/2023 | 18 | ORDER as to William Scott Kendall granting 17 Unopposed MOTION to Continue Final Pretrial Conference and Jury Trial ( Final Pretrial Conference set for 12/28/2023 at 09:00 AM before Judge Nelva Gonzales Ramos, Jury Selection set for 1/8/2024 at 09:00 AM before Judge Nelva Gonzales Ramos) ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (LeticiaGarza, 2) (Entered: 11/27/2023) |
| 12/15/2023 | 19 | MOTION to Dismiss *Indictment* by William Scott Kendall, filed. (Braver, Rachel) (Entered: 12/15/2023) |
| 12/15/2023 | | **Terminate Deadlines and Hearings as to William Scott Kendall: FPTC and Trial deadlines are terminated. Hearings to be reset after ruling on pending motion to dismiss. Response to 19 Motion to Dismiss is due by 1/8/2024. (BrandyCortez, 2) (Entered: 12/15/2023) |
| 01/05/2024 | 20 | RESPONSE to Motion by USA as to William Scott Kendall re 19 MOTION to Dismiss *Indictment* , filed.(Dunn, Joel) (Entered: 01/05/2024) |
| 01/24/2024 | 21 | ORDER ON MOTION TO DISMISS INDICTMENT- denying 19 Motion to Dismiss as to William Scott Kendall (1).(Signed by Judge Nelva Gonzales Ramos.) Parties notified.(LeticiaGarza, 2) (Entered: 01/24/2024) |
| 01/25/2024 | 22 | NOTICE OF RESETTING as to William Scott Kendall. Final Pretrial Conference set for 2/22/2024 at 09:00 AM before Judge Nelva Gonzales Ramos, filed. (BrandyCortez, 2) (Entered: 01/25/2024) |

| 01/25/2024 | 23 | NOTICE OF RESETTING as to William Scott Kendall. Jury Trial set for 3/4/2024 at 09:00 AM before Judge Nelva Gonzales Ramos, filed. (BrandyCortez, 2) (Entered: 01/25/2024) |
|---|---|---|
| 02/20/2024 | 24 | NOTICE OF SETTING as to William Scott Kendall. Re-Arraignment set for 2/22/2024 at 10:30 AM before Judge Nelva Gonzales Ramos, filed. (BrandyCortez, 2) (Entered: 02/20/2024) |
| 02/22/2024 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos: RE-ARRAIGNMENT held on 2/22/2024. William Scott Kendall (1) Guilty Count 1. Deft reurges motion to dismiss. Court denies reurged motion to dismiss. No plea agreement (offered and rejected). Facts of case given. PSI ordered. Appearances:AUSA J. Griffith. Rachel Elizabeth Braver.(Digital # 10:15-10:52)(ERO:N. Avila) Deft remanded to custody, filed.(BrandyCortez, 2) (Entered: 02/22/2024) |
| 02/22/2024 | 25 | SENTENCING ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to William Scott Kendall. PSI Completion due by 4/8/2024 Objection to PSI due by 4/22/2024 Responses to Objections due by 4/25/2024. Final PSI due by 5/7/2024 Deadline for Motions for Continuance: 5/31/2024. Supporting Documents due by 5/31/2024. Sentencing set for 6/5/2024 at 10:00 AM before Judge Nelva Gonzales Ramos ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (BrandyCortez, 2) (Entered: 02/22/2024) |
| 04/08/2024 | 26 | Attorney Only Document (Sealed) as to William Scott Kendall. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Be sure to **SAVE** the attached documents locally at the time of viewing. (Main Doc: Initial PSR) (jc2) (Entered: 04/08/2024) |
| 05/07/2024 | 27 | Final Presentence Investigation Report (Sealed) as to William Scott Kendall, filed. (rgr2) (Entered: 05/07/2024) |
| 05/07/2024 | 28 | Sealed Addendum to 27 Final Presentence Investigation Report (Sealed) as to William Scott Kendall, filed. (rgr2) (Entered: 05/07/2024) |
| 05/07/2024 | 29 | Confidential Sentencing Recommendation(Sealed) regarding William Scott Kendall, filed. (rgr2) (Entered: 05/07/2024) |
| 06/05/2024 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos: Sentencing held on 6/5/2024 for William Scott Kendall (1), Count(s) 1, 18 months CBOP (to be served concurrent to any sentence imposed in the pending state court cases in paragraphs 37 and 38); $100 Special Assessment; 3 years of Supervised Release; Standard and Mandatory Conditions; Substance Abuse Treatment and Testing; Alcohol Abstinence; Batterer's Intervention Program. Court adopts PSR as written. Deft advised of right to appeal. Appearances:AUSA J. Griffith, USPO R. Garcia. Rachel Elizabeth Braver.(Digital # 10:32-10:46)(ERO:R. Dietzel) Deft remanded to custody, filed. (bnc2) (Entered: 06/05/2024) |
| 06/17/2024 | 30 | JUDGMENT as to William Scott Kendall ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (fmc2) (Entered: 06/17/2024) |
| 06/17/2024 | 31 | Statement of Reasons (Sealed) as to William Scott Kendall. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Instructions available at http://www.txs.uscourts.gov/attorney-information - Electronic Access to Sealed Documents. Be sure to **SAVE** the document locally at the time of viewing, filed. |

| | | (Entered: 06/17/2024) |
|---|---|---|
| 06/25/2024 | 32 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by William Scott Kendall,filed. (Braver, Rachel) (Entered: 06/25/2024) |
| 06/26/2024 | | NOTICE OF ATTORNEY APPEARANCE Kathryn Lucille Shephard, Federal Public Defender, in case as to William Scott Kendall, filed. (Shephard, Kathryn) (Entered: 06/26/2024) |
| 06/26/2024 | 33 | Clerks Notice of Filing of an Appeal as to William Scott Kendall. The following Notice of Appeal and related motions are pending in the District Court: 32 Notice of Appeal - Judgment and Sentence. Fee status: CJA. Reporter(s): ERO,filed. (var2) (Entered: 06/26/2024) |
| 06/26/2024 | | Appeal Review Notes as to William Scott Kendall re: 32 Notice of Appeal - Judgment and Sentence. Fee status: CJA. This defendant is represented by appointed counsel (CJA attorney or Federal Public Defender).Hearings were held in the case. DKT13 transcript order form(s) due within 14 days of the filing of the notice of appeal. Number of DKT-13 Forms expected: 4,filed. (var2) (Entered: 06/26/2024) |
| 06/28/2024 | | Notice of Assignment of USCA No. 24-40441 as to William Scott Kendall re: 32 Notice of Appeal - Judgment and Sentence,filed. (var2) (Entered: 06/28/2024) |
| 07/09/2024 | 34 | DKT13 TRANSCRIPT ORDER REQUEST by Appellant as to William Scott Kendall. This is to order a transcript of 02/22/2024: Re-Arraignment held before the Hon. Nelva Gonzales Ramos. Court Reporter/Transcriber: GLR Transcribing Services. This order form relates to the following: 32 Notice of Appeal - Judgment and Sentence, Re-Arraignment,, filed. (Attachments: # 1 FPD Transcript Request and Invoice) (Meyers, Marjorie) Modified on 7/15/2024: Electronically forwarded to GLR on 7/12/24. Estimated Transcript Completion Date: 8/12/24 (mlg2). (Entered: 07/09/2024) |
| 07/09/2024 | 35 | DKT13 TRANSCRIPT ORDER REQUEST by Appellant as to William Scott Kendall. This is to order a transcript of 06/05/2024: Sentencing held before the Hon. Nelva Gonzales Ramos. Court Reporter/Transcriber: GLR Transcribing Services. This order form relates to the following: 32 Notice of Appeal - Judgment and Sentence, Sentencing,,, filed. (Attachments: # 1 FPD Transcript Request and Invoice) (Meyers, Marjorie) Modified on 7/15/2024: Electronically forwarded to GLR on 7/12/24. Estimated Transcript Completion Date: 8/12/24 (mlg2). (Entered: 07/09/2024) |
| 07/10/2024 | 36 | Statement re: 6/5/2024 sentencing by William Scott Kendall, filed. (bnc2) (Entered: 07/10/2024) |
| 07/29/2024 | 37 | LETTER as to William Scott Kendall from William Scott Kendall re: State Court case, Motion to Suppress, Appeal, filed. (bnc2) (Entered: 07/30/2024) |
| 08/14/2024 | 38 | APPEAL TRANSCRIPT as to William Scott Kendall re: RE-ARRAIGNMENT held on 2-22-24 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber GLR Transcribers. Ordering Party Kathryn Shephard. This transcript relates to the following: 32 Notice of Appeal - Judgment and Sentence, 34 Appeal Transcript Request,,. Release of Transcript Restriction set for 11/12/2024., filed. (Reed, Gwendolyn) (Entered: 08/14/2024) |
| 08/14/2024 | 39 | APPEAL TRANSCRIPT as to William Scott Kendall re: SENTENCING held on 6-5-24 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber GLR |

| | | |
|---|---|---|
| | | Transcribers. Ordering Party Kathryn Shephard. This transcript relates to the following: 35 Appeal Transcript Request,, 32 Notice of Appeal - Judgment and Sentence. Release of Transcript Restriction set for 11/12/2024., filed. (Reed, Gwendolyn) (Entered: 08/14/2024) |
| 08/19/2024 | 40 | Notice of Filing of Official Transcript as to 38 Transcript - Appeal, 39 Transcript - Appeal,. Party notified, filed. (var2) (Entered: 08/19/2024) |
| 08/27/2024 | | Electronic record on appeal certified to Fifth Circuit Court of Appeals as to William Scott Kendall re: 32 Notice of Appeal - Judgment and Sentence. USCA No. 24-40441,filed. (var2) (Entered: 10/02/2024) |
| 08/27/2024 | | Electronic Access to Record on Appeal Provided as to William Scott Kendall re: 32 Notice of Appeal - Judgment and Sentence to counsel. Attorneys of record at the Circuit may download the record from the Court of Appeals. (USCA No. 24-40441,filed. (var2) (Entered: 10/02/2024) |
| 09/24/2024 | 41 | Fifth Court of Appeals LETTER advising order appointing counsel as to William Scott Kendall (USCA No. 24-40441),filed. (ntg2) (Entered: 09/25/2024) |
| 09/26/2024 | 42 | PROBATION FORM 12C Petition for Warrant or Summons for Offender Under Supervision as to William Scott Kendall. Court Orders the issuance of a warrant and no bond ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (mam2) (Entered: 09/26/2024) |
| 09/26/2024 | | (Court only) SRT Warrant Issued in case as to William Scott Kendall ( Issued by Judge Nelva Gonzales Ramos), filed. (mam2) (Entered: 09/26/2024) |
| 09/30/2024 | | ***Set/Reset Hearings as to William Scott Kendall: Initial Appearance on Revocation Proceedings set for 10/1/2024 at 09:45 AM before Magistrate Judge Julie K Hampton (kwp2) (Entered: 09/30/2024) |
| 09/30/2024 | 43 | ORDER APPOINTING COUNSEL for Defendant William Scott Kendall. Jon Muschenheim appointed. (Signed by Magistrate Judge Jason B. Libby) Parties notified. (mej2) (Entered: 09/30/2024) |
| 10/01/2024 | | Minute Entry for proceedings held before Magistrate Judge Julie K Hampton: Initial Appearance re Violation of Supervised Release as to William Scott Kendall held on 10/1/2024 (Deft informed of rights). Defendant requests appointed counsel. Financial Affidavit executed. Court grants request for appointment of counsel. Defendant consents to this hearing by video conference. Preliminary Hearing - Superv Rls set for 10/4/2024 at 10:00 AM before Magistrate Judge Julie K Hampton. Appearances: Zachary Bird, AUSA; Jon Muschenheim for Defendant; USPO: Victoria Muniz; USM: Deputy T. Davis. (Digital # 9:52-9:58) (ERO: Jared Marks) (Interpreter: not used) Deft remanded to custody. (mlg2) (Entered: 10/01/2024) |
| 10/01/2024 | 44 | NOTICE OF SETTING as to William Scott Kendall. Final Hearing - Superv Rls Violation set for 10/30/2024 at 10:00 AM before Judge Nelva Gonzales Ramos, filed. (bnc2) (Entered: 10/01/2024) |
| 10/01/2024 | 45 | Sealed Financial Affidavit CJA 23 by William Scott Kendall, filed. (Entered: 10/02/2024) |
| 10/02/2024 | 46 | WAIVER of Preliminary Examination for Revocation Proceedings by William Scott Kendall, filed. (Muschenheim, Jon) (Entered: 10/02/2024) |
| 10/07/2024 | 47 | |

| | | |
|---|---|---|
| | | Arrest Warrant issued 9/26/2024; Returned Executed on 9/26/2024 as to William Scott Kendall. Defendant was arrested in Robstown. Document restricted from PACER under privacy policy., filed. (ntg2) (Entered: 10/07/2024) |
| 10/18/2024 | 48 | SUPERSEDING PROBATION FORM 12C Petition for Offender Under Supervision as to William Scott Kendall. Court Orders: That the allegations contained in this superseding petition be considered at a revocation proceeding to be set before the Court. ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (lg2) (Entered: 10/18/2024) |
| 10/21/2024 | 49 | MOTION Withdrawal as Attorney by William Scott Kendall, filed. (Attachments: # 1 Order re Agreed WIthdrawal) (Muschenheim, Jon) (Entered: 10/21/2024) |
| 10/21/2024 | | (Court only) MOTIONS as to William Scott Kendall REFERRED to Judge Julie K Hampton: 49 MOTION Withdrawal as Attorney . Designated staff for referral judge notified by NEF. (bnc2) (Entered: 10/21/2024) |
| 10/21/2024 | 50 | ORDER APPOINTING COUNSEL for Defendant William Scott Kendall. Carlos Omar Reyna appointed. (Signed by Magistrate Judge Julie K. Hampton) Parties notified. (mwh2) (Entered: 10/21/2024) |
| 10/21/2024 | 51 | ORDER as to William Scott Kendall granting 49 MOTION Withdrawal as Attorney , Attorney Jon Muschenheim terminated in case as to William Scott Kendall. ( Signed by Magistrate Judge Julie K Hampton) Parties notified. (lg2) (Entered: 10/21/2024) |
| 10/23/2024 | 52 | NOTICE OF ATTORNEY APPEARANCE Carolyn Ferko appearing for USA , filed. (Ferko, Carolyn) (Entered: 10/23/2024) |
| 10/24/2024 | 53 | Sealed document, filed. (As per CM B.C.) (With attachments) (Entered: 10/24/2024) |
| 10/30/2024 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos: Final Hearing re: SRT Violation as to William Scott Kendall held on 10/30/2024 for William Scott Kendall (1), Count(s) 1, UPDATE 10/30/2024: 6 months CBOP; 30 months of Supervised Release; Substance Abuse Treatment and Testing; Alcohol Abuse Treatment and Abstinence; Mental Health Treatment; Anger Management; Battering and Intervention Program; 6 months of Location Monitoring. Deft enters pleas of true to allegations 1, 2. Govt's exhibits 1-3 admitted. Court accepts proffer testimonies. Court finds the allegations to be true. Court finds the Deft violated terms of supervised release. Supervised release is revoked. Deft advised of right to appeal. Appearances:USPO V. Muniz. Carolyn Ferko, Carlos Omar Reyna.(Digital # 10:30-10:46)(ERO:F. Carbia) Deft remanded to custody, filed. (bnc2) (Entered: 10/30/2024) |
| 10/30/2024 | 54 | EXHIBIT LIST by USA as to William Scott Kendall, filed. (bnc2) (Entered: 10/30/2024) |
| 10/30/2024 | 55 | Hearing Exhibits to 54 Exhibit List as to William Scott Kendall. Attached documents may be viewed in the Office of the Clerk., filed. (bnc2) (Entered: 10/30/2024) |
| 10/31/2024 | 56 | JUDGMENT FOR REVOCATION as to William Scott Kendall (1) Count 1 ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (fmc2) (Entered: 10/31/2024) |
| 11/04/2024 | 57 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by William Scott Kendall (Filing fee $ 605),filed. (Attachments: # 1 Envelope) (ntg2) (Entered: 11/04/2024) |
| 11/05/2024 | 58 | |

| | | |
|---|---|---|
| | | MOTION to Withdraw as Attorney by Carlos Omar Reyna by William Scott Kendall, filed. (Attachments: # 1 Proposed Order) (Reyna, Carlos) (Entered: 11/05/2024) |
| 11/05/2024 | | Notice of Assignment of USCA No. 24-40727 as to William Scott Kendall re: 57 Notice of Appeal - Judgment and Sentence,filed. (var2) (Entered: 11/05/2024) |
| 11/05/2024 | 59 | Clerks Notice of Filing of an Appeal as to William Scott Kendall. The following Notice of Appeal and related motions are pending in the District Court: 57 Notice of Appeal - Judgment and Sentence. Fee status: CJA. Reporter(s): ERO,filed. (Attachments: # 1 Notice of Appeal) (mam2) (Entered: 11/05/2024) |
| 11/05/2024 | | Appeal Review Notes as to William Scott Kendall re: 57 Notice of Appeal - Judgment and Sentence. Fee status: CJA. This defendant is represented by appointed counsel (CJA attorney or Federal Public Defender).Hearings were held in the case. DKT13 transcript order form(s) due within 14 days of the filing of the notice of appeal.,filed. (mam2) (Entered: 11/05/2024) |
| 11/06/2024 | | (Court only) MOTIONS as to William Scott Kendall REFERRED to Judge Julie K Hampton: 58 MOTION to Withdraw as Attorney by Carlos Omar Reyna. Designated staff for referral judge notified by NEF. (bnc2) (Entered: 11/06/2024) |
| 11/06/2024 | 60 | ORDER as to William Scott Kendall granting 58 MOTION to Withdraw as Attorney by Carlos Omar Reyna, Attorney Carlos Omar Reyna terminated in case as to William Scott Kendall. ( Signed by Magistrate Judge Julie K Hampton) Parties notified. (lg2) (Entered: 11/06/2024) |
| 11/06/2024 | 61 | ORDER APPOINTING COUNSEL for Defendant William Scott Kendall. Nelson Ebaugh appointed on appeal in this case. ( Signed by Magistrate Judge Julie K Hampton) Parties notified. (mam2) (Entered: 11/06/2024) |
| 11/06/2024 | 62 | DKT13 TRANSCRIPT ORDER REQUEST by Appellant as to William Scott Kendall. This is to order a transcript of Initial Appearance re Violation of Supervised Release on 10/01/2024 before MJ Julie K Hampton. Court Reporter/Transcriber: GLR Transcribing Services. This order form relates to the following: 57 Notice of Appeal - Judgment and Sentence, Initial Appearance - SRT/Probation Violation,,,filed. (Ebaugh, Nelson) Electronically forwarded to GLR on 12/23/2024 (jrm2). (Entered: 11/06/2024) |
| 11/06/2024 | 63 | DKT13 TRANSCRIPT ORDER REQUEST by Appellant as to William Scott Kendall. This is to order a transcript of Final Hearing re: SRT Violation on 10/30/2024 before DJ Nelva Gonzales Ramos. Court Reporter/Transcriber: GLR Transcribing Services. This order form relates to the following: 57 Notice of Appeal - Judgment and Sentence, SRT Violation - Final Hearing,,,,filed. (Ebaugh, Nelson) Electronically forwarded to GLR on 12/27/2024 (jrm2). (Entered: 11/06/2024) |
| 11/12/2024 | 64 | Fifth Circuit Court of Appeals LETTER advising Court granted motion to supplement record as to William Scott Kendall (USCA No. 24-40441),filed. (Attachments: # 1 appellant's motion) (ntg2) (Entered: 11/13/2024) |
| 11/15/2024 | | (Court only) CJA 20 as to William Scott Kendall: Authorization to Pay Carlos Omar Reyna Voucher # 0541.1821137 ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (lgr6) (Entered: 11/18/2024) |
| 11/18/2024 | 65 | Motion to Supplement the Record with Attachments granted by Fifth Circuit as to William Scott Kendall, filed. (mam2) (Entered: 11/18/2024) |

| | | |
|---|---|---|
| 11/18/2024 | 66 | LETTER from William Kendall re: Felon in Possession Address, filed. (bnc2) (Additional attachment(s) added on 11/19/2024: # 1 Unredacted attachment) (bnc2). (Entered: 11/19/2024) |
| 11/22/2024 | | Electronic record on appeal certified to Fifth Circuit Court of Appeals as to William Scott Kendall re: USCA Case Number. USCA No. 24-40441,filed. (mam2) (Entered: 11/22/2024) |
| 11/22/2024 | | Electronic Access to Record on Appeal Provided as to William Scott Kendall re: 32 Notice of Appeal - Judgment and Sentence to Kuchera, John Andrew Mitchell, Carmen Castillo Harris, Philip. Attorneys of record at the Circuit may download the record from the Court of Appeals. (USCA No. 24-40441),filed. (mam2) (Entered: 11/22/2024) |
| 12/09/2024 | 67 | LETTER MOTION for compassionate release under 18 USC 3582(c)(1)(a) as to William Scott Kendall re: Supervision, filed. (Attachments: # 1 Envelope) (fmc2) (Entered: 12/10/2024) |
| 12/16/2024 | 68 | ORDER denying 67 LETTER MOTION as to William Scott Kendall (1).(Signed by Judge Nelva Gonzales Ramos.) Parties notified. (fmc2) (Entered: 12/16/2024) |
| 12/27/2024 | 69 | APPEAL TRANSCRIPT as to William Scott Kendall re: INITIAL APPEARANCE RE SRT VIOLATION held on 10-1-24 before Magistrate Judge Julie K Hampton. Court Reporter/Transcriber GLR Transcribers. Ordering Party Nelson S. Ebaugh. This transcript relates to the following: 62 Appeal Transcript Request, 57 Notice of Appeal - Judgment and Sentence. Release of Transcript Restriction set for 3/27/2025., filed. (Reed, Gwendolyn) (Entered: 12/27/2024) |
| 12/27/2024 | 70 | APPEAL TRANSCRIPT as to William Scott Kendall re: FINAL HEARING RE: SRT VIOLATION held on 10-30-24 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber GLR Transcribers. Ordering Party Nelson S. Ebaugh. This transcript relates to the following: 63 Appeal Transcript Request, 57 Notice of Appeal - Judgment and Sentence. Release of Transcript Restriction set for 3/27/2025., filed. (Reed, Gwendolyn) (Entered: 12/27/2024) |
| 12/27/2024 | 71 | Notice of Filing of Official Transcript as to William Scott Kendall re: 69 Transcript - Appeal,. Parties notified, filed. (SDTX_CMECF_AutoDocket, ) (Entered: 12/27/2024) |
| 12/27/2024 | 72 | Notice of Filing of Official Transcript as to William Scott Kendall re: 70 Transcript - Appeal,. Parties notified, filed. (SDTX_CMECF_AutoDocket, ) (Entered: 12/27/2024) |
| 12/31/2024 | 73 | MAIL RETURNED UNDELIVERABLE re: 68 sent to William Scot Kendall as to William Scott Kendall, filed. (Defendant address updated and doc. 68 re-sent) (jld4) (Entered: 01/02/2025) |
| 02/20/2025 | | Electronic record on appeal certified to Fifth Circuit Court of Appeals as to William Scott Kendall re: 57 Notice of Appeal - Judgment and Sentence. USCA No. 24-40727,filed. (mam2) (Entered: 02/20/2025) |
| 02/20/2025 | | Electronic Access to Record on Appeal Provided as to William Scott Kendall re: 57 Notice of Appeal - Judgment and Sentence to N. Ebaugh, P. Harris, C. Mitchell. Attorneys of record at the Circuit may download the record from the Court of Appeals. (USCA No. 24-40727),filed. (mam2) (Entered: 02/20/2025) |

| | | |
|---|---|---|
| 03/10/2025 | <u>74</u><br>(p.398) | Order of USCA (copy) as to William Scott Kendall re: <u>57</u> Notice of Appeal - Judgment and Sentence ; USCA No. 24-40727. CLERK ORDER granting Motion to view and obtain sealed document filed by Appellee USA and Appellant Mr. William Scott Kendall,filed. (var2) (Entered: 03/12/2025) |
| 03/14/2025 | <u>75</u><br>(p.407) | (Court only) Document(s) Sent by FedEx to Nelson Ebaugh - receipt attached, access restricted to court users for privacy reasons - re: <u>74 (p.398)</u> USCA Order,, filed. (mam2) (Entered: 03/14/2025) |
| 03/17/2025 | | (Court only) CJA 24 as to William Scott Kendall: Authorization to Pay Gwendolyn Reed Voucher # 0541.1845292 ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (cga2) (Entered: 03/17/2025) |
| 03/17/2025 | | Appeal Remark copies provided to AUSA re <u>74 (p.398)</u> as to <u>57</u> Notice of Appeal - Judgment and Sentence. USCA No. 24-40727,filed. (mam2) (Entered: 03/18/2025) |
| 03/24/2025 | | ***Delivery Confirmation for delivery date(s) Delivered Monday, 3/17/25 at 9:02 AM Signed for by: B.Yancy re: <u>75 (p.407)</u> Document(s) Sent, filed. (bnc2) (Entered: 03/24/2025) |
| 03/27/2025 | <u>76</u><br>(p.399) | Order of USCA (copy) as to William Scott Kendall re: <u>57</u> Notice of Appeal - Judgment and Sentence ; USCA No. 24-40727. Appellant's motion to view sealed supplemental is Granted,filed. (Attachments: # <u>1</u> Letter) (ntg2) (Additional attachment(s) added on 4/7/2025: # <u>2</u> Defendant's Unopposed Motion to Supplement the Record on Appeal) (mam2). (Entered: 03/27/2025) |
| 03/31/2025 | <u>77</u><br>(p.408) | Sealed Event, filed. (Entered: 03/31/2025) |

**TAB 2**

APPEAL,APPEAL_NAT,MOTREF

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
# CRIMINAL DOCKET FOR CASE #: 2:23-cr-00501-1
# Internal Use Only

Case title: USA v. Kendall

Date Filed: 09/27/2023

Date Terminated: 06/17/2024

Assigned to: Judge Nelva Gonzales Ramos

**Defendant (1)**

**William Scott Kendall**
*TERMINATED: 06/17/2024*
*also known as*
Willam Scott Kendall
*TERMINATED: 06/17/2024*

represented by **Carlos Omar Reyna**
Law Offices of Carlos Reyna
809 S Port
Corpus Christi, TX 78405
361-883-8631
Email: crls_ryn@yahoo.com
*TERMINATED: 11/06/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Federal Public Defender - Corpus Christi**
606 N Carancahua
Ste 401
Corpus Christi, TX 78476
361-888-3532
Email: Mary_Montoya@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Jon Muschenheim**
Gregor Wynne Arney
4265 San Felipe
Suite 700
Houston, TX 77027
361-828-9008
Email: jmuschenheim@gwafirm.com
*TERMINATED: 10/21/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Kristen D. Langford-Harris**
Federal Public Defender
500 N. Shoreline Blvd.
Suite 301
Corpus Christi, TX 78401
361-888-3532
Email: kristen_d_langford@fd.org
*TERMINATED: 10/10/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender*
*Appointment*

**Marjorie A Meyers**
Marjorie Meyers
Southern District of Texas
6711 Stella Link Rd
Suite 105
Houston, TX 77025
713-859-8236
Fax: 713-669-0139
Email: Margy_Meyers@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Nelson Starbranch Ebaugh**
Nelson S. Ebaugh, P.C.
3730 Kirby Drive
Suite 1200
Houston, TX 77098
713-752-0700
Fax: 713-739-0500
Email: nebaugh@ebaughlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Rachel Elizabeth Braver**
Federal Public Defender
500 N. Shoreline Blvd.
Suite 301
Corpus Christi, TX 78401-5222
361-888-3532
Fax: 361-888-3534
Email: rachel_braver@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender*
*Appointment*

**Kathryn Lucille Shephard**
Federal Public Defender

440 Louisiana St, Suite 1350
Houston, TX 77002
713-718-4600
Fax: 713-718-4610
Email: kathryn_shephard@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| UNLAWFUL TRANSPORT OF FIREARMS, ETC. (1) | 18 months CBOP (to be served concurrent to any sentence imposed in the pending state court cases in paragraphs 37 and 38); $100 Special Assessment; 3 years of Supervised Release; Standard and Mandatory Conditions; Substance Abuse Treatment and Testing; Alcohol Abstinence; Batterer's Intervention Program; UPDATE 10/30/2024: 6 months CBOP; 30 months of Supervised Release; Substance Abuse Treatment and Testing; Alcohol Abuse Treatment and Abstinence; Mental Health Treatment; Anger Management; Battering and Intervention Program; 6 months of Location Monitoring |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Plaintiff**

| **USA** | represented by | **Appellate Division** |
| --- | --- | --- |
| | | U.S. Attorney's Office |
| | | Southern District of Texas |
| | | 1000 Louisiana |
| | | Ste 2300 |
| | | Houston, TX 77002 |
| | | Email: usatxs.appellate@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

Designation: Retained

**Carolyn Ferko**
U S Attorney Office
1000 Louisiana
Ste 2300
Houston, TX 77002
713-567-9562
Fax: 713-718-3406
Email: carolyn.ferko@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel Stacey Dunn**
US Attorney's Office
800 N Shoreline Blvd.
Ste 500
Corpus Christi, TX 78401
361-888-3111
Email: joel.dunn@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Financial Litigation**
U S Attorney's Office
Southern District of Texas
1000 Louisiana St
Ste 2300
Houston, TX 77002
713-567-9000
Fax: 713-718-3391 fax
Email: flu.usatxs-@usdoj.gov
*ATTORNEY TO BE NOTICED*
Designation: Retained

**X Case Manager CCMagDuty**
Email: ccmagduty@txs.uscourts.gov
*ATTORNEY TO BE NOTICED*
Designation: Retained

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2023 | 1 (p.13) | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Willam Scott Kendall (1) count(s) 1, filed. (Attachments: # 1 (p.13) Unredacted attachment) (MaraGonzales, 2) (Entered: 09/27/2023) |
| 09/27/2023 | 2 (p.15) | US Attys Criminal Docket Sheet as to Willam Scott Kendall, filed.(MaraGonzales, 2) (Entered: 09/27/2023) |
| 09/27/2023 | 3 (p.16) | MOTION for Issuance by USA as to Willam Scott Kendall, filed. (Attachments: # 1 (p.13) Proposed Order)(MaraGonzales, 2) (Entered: 09/27/2023) |

| 09/27/2023 | 4 (p.18) | Application for Writ of Habeas Corpus ad Prosequendum as to Willam Scott Kendall, filed. (MaraGonzales, 2) (Entered: 09/27/2023) |
|---|---|---|
| 09/27/2023 | 5 (p.20) | ORDER granting 3 (p.16) Motion for Issuance of Arrest as to Willam Scott Kendall (1). (Signed by Magistrate Judge Mitchel Neurock.) Parties notified. (MaraGonzales, 2) (Entered: 09/27/2023) |
| 09/27/2023 | | (Court only) Arrest Warrant Issued in case as to Willam Scott Kendall ( Issued by Magistrate Judge Mitchel Neurock), filed. (MaraGonzales, 2) (Entered: 09/27/2023) |
| 09/27/2023 | 6 (p.21) | Writ of Habeas Corpus ad Prosequendum Issued as to Willam Scott Kendall ( Signed by Magistrate Judge Mitchel Neurock). Initial Appearance set for 9/29/2023 at 09:45 AM before Magistrate Judge Mitchel Neurock, filed. (MaraGonzales, 2) (Entered: 09/27/2023) |
| 09/27/2023 | 8 (p.369) | (Court only) Receipt signed by USM, as to Willam Scott Kendall. re: 6 (p.21) Writ of Habeas Corpus ad Prosequendum Issued, filed. (MaraGonzales, 2) (Entered: 09/28/2023) |
| 09/28/2023 | 7 (p.23) | ORDER APPOINTING FEDERAL PUBLIC DEFENDER. (Signed by Magistrate Judge Mitchel Neurock) Parties notified. (LisaMGonzalez, 2) (Entered: 09/28/2023) |
| 09/29/2023 | | Arrest of Willam Scott Kendall. (AnnetteMartinez, 2) (Entered: 09/29/2023) |
| 09/29/2023 | | Minute Entry for proceedings held before Magistrate Judge Mitchel Neurock: INITIAL APPEARANCE as to Willam Scott Kendall (Defendant informed of rights) held on 9/29/2023. Defendant requests appointed counsel. Financial Affidavit executed. Court grants request for appointment of counsel. Defendant consents to this hearing by video conference. Government moves for detention and requests a continuance. Court grants Government's request for continuance. Arraignment & Detention Hearing set for 10/4/2023 at 10:30 AM before Magistrate Judge Jason B Libby. Appearances: Robert Thorpe, AUSA; Kristen Langford-Harris for Defendant. (Digital # 9:42-9:48) (ERO: Jared Marks) (Interpreter: not used) Deft remanded to custody. (AnnetteMartinez, 2) (Entered: 09/29/2023) |
| 09/29/2023 | 9 (p.24) | BRADY ORDER on Rule 5(f) as to Willam Scott Kendall. (Signed by Magistrate Judge Mitchel Neurock) Parties notified. (AnnetteMartinez, 2) (Entered: 09/29/2023) |
| 09/29/2023 | 10 (p.25) | Arrest Warrant issued 9/27/23; Returned Executed on 9/29/23 as to Willam Scott Kendall. Defendant was arrested in Corpus Christi. Document restricted from PACER under privacy policy., filed. (LeticiaGarza, 2) (Entered: 09/29/2023) |
| 09/29/2023 | 11 (p.372) | Sealed Financial Affidavit CJA 23 by Willam Scott Kendall, filed. (Entered: 09/29/2023) |
| 09/29/2023 | 12 (p.26) | SCHEDULING ORDER as to Willam Scott Kendall. Motions to Continue the Final Pretrial Conference and Jury Trial, Motions in Limine, Exhibit and Witness Lists, and Proposed Jury Instructions due no later than three (3) days before the Final Pretrial Conference. Arraignment set for 10/4/2023 at 10:30 AM before Magistrate Judge Jason B Libby. Final Pretrial Conference set for 10/26/2023 at 09:00 AM before Judge Nelva Gonzales Ramos. Jury Trial set for 11/6/2023 at 09:00 AM before Judge Nelva Gonzales Ramos. ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (AnnetteMartinez, 2) (Entered: 09/29/2023) |
| 10/02/2023 | | NOTICE OF ATTORNEY APPEARANCE Kristen D. Langford-Harris, Federal Public Defender, in case as to Willam Scott Kendall, filed.(Langford-Harris, Kristen) |

| | | |
|---|---|---|
| | | (Entered: 10/02/2023) |
| 10/02/2023 | 13 (p.373) | Pretrial Services Report (Sealed) as to Willam Scott Kendall, filed. (rmonroy, 2) (Entered: 10/02/2023) |
| 10/04/2023 | | Minute Entry for proceedings held before Magistrate Judge Jason B Libby: DETENTION AND ARRAIGNMENT held on 10/4/2023. Not Guilty on Count(s) 1. Deft, through, counsel, waived Detention Hearing without prejudice. Appearances: Tyler Joseph Foster, AUSA; Rachel Braver f/Defendant; USPO LeRoy Venable; DUSM C. Askew. (Digital # 10:14-10:18) (ERO: N. Avila) (Interpreter: not used) Deft remanded to custody. (KendraPearson, 2) (Entered: 10/04/2024) |
| 10/04/2023 | 14 (p.30) | ORDER OF DETENTION PENDING TRIAL as to Willam Scott Kendall ( Signed by Magistrate Judge Jason B Libby) Parties notified. (KendraPearson, 2) (Entered: 10/04/2023) |
| 10/10/2023 | | NOTICE OF ATTORNEY APPEARANCE Rachel Elizabeth Braver, Federal Public Defender, in case as to Willam Scott Kendall, filed.(Braver, Rachel) (Entered: 10/10/2023) |
| 10/19/2023 | 15 (p.31) | Unopposed MOTION to Continue Final Pretrial Conference and Jury Trial by Willam Scott Kendall, filed. (Braver, Rachel) (Entered: 10/19/2023) |
| 10/20/2023 | 16 (p.34) | ORDER granting 15 (p.31) Motion to Continue as to Willam Scott Kendall (1) Final Pretrial Conference set for 11/30/2023 at 09:00 AM before Judge Nelva Gonzales Ramos Jury Trial set for 12/11/2023 at 09:00 AM before Judge Nelva Gonzales Ramos. **ANY SUPPORTING DOCUMENTS AND MOTIONS TO CONTINUE MUST BE FILED 3 DAYS PRIOR TO FPTC DATE.** (Signed by Judge Nelva Gonzales Ramos.) Parties notified.(FrancesCarbia, 2) (Entered: 10/20/2023) |
| 11/22/2023 | 17 (p.36) | Unopposed MOTION to Continue Final Pretrial Conference and Jury Trial by Willam Scott Kendall, filed. (Braver, Rachel) (Entered: 11/22/2023) |
| 11/27/2023 | 18 (p.39) | ORDER as to William Scott Kendall granting 17 (p.36) Unopposed MOTION to Continue Final Pretrial Conference and Jury Trial ( Final Pretrial Conference set for 12/28/2023 at 09:00 AM before Judge Nelva Gonzales Ramos, Jury Selection set for 1/8/2024 at 09:00 AM before Judge Nelva Gonzales Ramos) ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (LeticiaGarza, 2) (Entered: 11/27/2023) |
| 12/15/2023 | 19 (p.41) | MOTION to Dismiss *Indictment* by William Scott Kendall, filed. (Braver, Rachel) (Entered: 12/15/2023) |
| 12/15/2023 | | **Terminate Deadlines and Hearings as to William Scott Kendall: FPTC and Trial deadlines are terminated. Hearings to be reset after ruling on pending motion to dismiss. Response to 19 (p.41) Motion to Dismiss is due by 1/8/2024. (BrandyCortez, 2) (Entered: 12/15/2023) |
| 01/05/2024 | 20 (p.50) | RESPONSE to Motion by USA as to William Scott Kendall re 19 (p.41) MOTION to Dismiss *Indictment* , filed.(Dunn, Joel) (Entered: 01/05/2024) |
| 01/24/2024 | 21 (p.68) | ORDER ON MOTION TO DISMISS INDICTMENT- denying 19 (p.41) Motion to Dismiss as to William Scott Kendall (1).(Signed by Judge Nelva Gonzales Ramos.) Parties notified.(LeticiaGarza, 2) (Entered: 01/24/2024) |
| 01/25/2024 | 22 (p.72) | NOTICE OF RESETTING as to William Scott Kendall. Final Pretrial Conference set for 2/22/2024 at 09:00 AM before Judge Nelva Gonzales Ramos, filed. (BrandyCortez, 2) (Entered: 01/25/2024) |

| | | |
|---|---|---|
| 01/25/2024 | 23 (p.73) | NOTICE OF RESETTING as to William Scott Kendall. Jury Trial set for 3/4/2024 at 09:00 AM before Judge Nelva Gonzales Ramos, filed. (BrandyCortez, 2) (Entered: 01/25/2024) |
| 02/20/2024 | 24 (p.74) | NOTICE OF SETTING as to William Scott Kendall. Re-Arraignment set for 2/22/2024 at 10:30 AM before Judge Nelva Gonzales Ramos, filed. (BrandyCortez, 2) (Entered: 02/20/2024) |
| 02/22/2024 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos: RE-ARRAIGNMENT held on 2/22/2024. William Scott Kendall (1) Guilty Count 1. Deft reurges motion to dismiss. Court denies reurged motion to dismiss. No plea agreement (offered and rejected). Facts of case given. PSI ordered. Appearances:AUSA J. Griffith. Rachel Elizabeth Braver.(Digital # 10:15-10:52)(ERO:N. Avila) Deft remanded to custody, filed.(BrandyCortez, 2) (Entered: 02/22/2024) |
| 02/22/2024 | 25 (p.75) | SENTENCING ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to William Scott Kendall. PSI Completion due by 4/8/2024 Objection to PSI due by 4/22/2024 Responses to Objections due by 4/25/2024. Final PSI due by 5/7/2024 Deadline for Motions for Continuance: 5/31/2024. Supporting Documents due by 5/31/2024. Sentencing set for 6/5/2024 at 10:00 AM before Judge Nelva Gonzales Ramos ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (BrandyCortez, 2) (Entered: 02/22/2024) |
| 04/08/2024 | 26 (p.327) | Attorney Only Document (Sealed) as to William Scott Kendall. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Be sure to **SAVE** the attached documents locally at the time of viewing. (Main Doc: Initial PSR) (jc2) (Entered: 04/08/2024) |
| 05/07/2024 | 27 (p.344) | Final Presentence Investigation Report (Sealed) as to William Scott Kendall, filed. (rgr2) (Entered: 05/07/2024) |
| 05/07/2024 | 28 (p.362) | Sealed Addendum to 27 (p.344) Final Presentence Investigation Report (Sealed) as to William Scott Kendall, filed. (rgr2) (Entered: 05/07/2024) |
| 05/07/2024 | 29 (p.382) | Confidential Sentencing Recommendation(Sealed) regarding William Scott Kendall, filed. (rgr2) (Entered: 05/07/2024) |
| 06/05/2024 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos: Sentencing held on 6/5/2024 for William Scott Kendall (1), Count(s) 1, 18 months CBOP (to be served concurrent to any sentence imposed in the pending state court cases in paragraphs 37 and 38); $100 Special Assessment; 3 years of Supervised Release; Standard and Mandatory Conditions; Substance Abuse Treatment and Testing; Alcohol Abstinence; Batterer's Intervention Program. Court adopts PSR as written. Deft advised of right to appeal. Appearances:AUSA J. Griffith, USPO R. Garcia. Rachel Elizabeth Braver.(Digital # 10:32-10:46)(ERO:R. Dietzel) Deft remanded to custody, filed. (bnc2) (Entered: 06/05/2024) |
| 06/17/2024 | 30 (p.76) | JUDGMENT as to William Scott Kendall ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (fmc2) (Entered: 06/17/2024) |
| 06/17/2024 | 31 (p.363) | Statement of Reasons (Sealed) as to William Scott Kendall. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Instructions available at http://www.txs.uscourts.gov/attorney-information - Electronic Access to Sealed Documents. Be sure to **SAVE** the document locally at the time of viewing, filed. |

| | | |
|---|---|---|
| | | (Entered: 06/17/2024) |
| 06/25/2024 | 32 (p.82) | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by William Scott Kendall,filed. (Braver, Rachel) (Entered: 06/25/2024) |
| 06/26/2024 | | NOTICE OF ATTORNEY APPEARANCE Kathryn Lucille Shephard, Federal Public Defender, in case as to William Scott Kendall, filed. (Shephard, Kathryn) (Entered: 06/26/2024) |
| 06/26/2024 | 33 (p.84) | Clerks Notice of Filing of an Appeal as to William Scott Kendall. The following Notice of Appeal and related motions are pending in the District Court: 32 (p.82) Notice of Appeal - Judgment and Sentence. Fee status: CJA. Reporter(s): ERO,filed. (var2) (Entered: 06/26/2024) |
| 06/26/2024 | | Appeal Review Notes as to William Scott Kendall re: 32 (p.82) Notice of Appeal - Judgment and Sentence. Fee status: CJA. This defendant was represented by appointed counsel (CJA attorney or Federal Public Defender).Hearings were held in the case. DKT13 transcript order form(s) due within 14 days of the filing of the notice of appeal. Number of DKT-13 Forms expected: 4,filed. (var2) (Entered: 06/26/2024) |
| 06/28/2024 | | Notice of Assignment of USCA No. 24-40441 as to William Scott Kendall re: 32 (p.82) Notice of Appeal - Judgment and Sentence,filed. (var2) (Entered: 06/28/2024) |
| 07/09/2024 | 34 (p.85) | DKT13 TRANSCRIPT ORDER REQUEST by Appellant as to William Scott Kendall. This is to order a transcript of 02/22/2024: Re-Arraignment held before the Hon. Nelva Gonzales Ramos. Court Reporter/Transcriber: GLR Transcribing Services. This order form relates to the following: 32 (p.82) Notice of Appeal - Judgment and Sentence, Re-Arraignment,, filed. (Attachments: # 1 (p.13) FPD Transcript Request and Invoice) (Meyers, Marjorie) Modified on 7/15/2024: Electronically forwarded to GLR on 7/12/24. Estimated Transcript Completion Date: 8/12/24 (mlg2). (Entered: 07/09/2024) |
| 07/09/2024 | 35 (p.87) | DKT13 TRANSCRIPT ORDER REQUEST by Appellant as to William Scott Kendall. This is to order a transcript of 06/05/2024: Sentencing held before the Hon. Nelva Gonzales Ramos. Court Reporter/Transcriber: GLR Transcribing Services. This order form relates to the following: 32 (p.82) Notice of Appeal - Judgment and Sentence, Sentencing,,, filed. (Attachments: # 1 (p.13) FPD Transcript Request and Invoice) (Meyers, Marjorie) Modified on 7/15/2024: Electronically forwarded to GLR on 7/12/24. Estimated Transcript Completion Date: 8/12/24 (mlg2). (Entered: 07/09/2024) |
| 07/10/2024 | 36 (p.89) | Statement re: 6/5/2024 sentencing by William Scott Kendall, filed. (bnc2) (Entered: 07/10/2024) |
| 07/29/2024 | 37 (p.91) | LETTER as to William Scott Kendall from William Scott Kendall re: State Court case, Motion to Suppress, Appeal, filed. (bnc2) (Entered: 07/30/2024) |
| 08/14/2024 | 38 (p.229) | APPEAL TRANSCRIPT as to William Scott Kendall re: RE-ARRAIGNMENT held on 2-22-24 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber GLR Transcribers. Ordering Party Kathryn Shephard. This transcript relates to the following: 32 (p.82) Notice of Appeal - Judgment and Sentence, 34 (p.85) Appeal Transcript Request,,. Release of Transcript Restriction set for 11/12/2024., filed. (Reed, Gwendolyn) (Entered: 08/14/2024) |
| 08/14/2024 | 39 (p.275) | APPEAL TRANSCRIPT as to William Scott Kendall re: SENTENCING held on 6-5-24 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber GLR |

| | | |
|---|---|---|
| | | Transcribers. Ordering Party Kathryn Shephard. This transcript relates to the following: 35 (p.87) Appeal Transcript Request,, 32 (p.82) Notice of Appeal - Judgment and Sentence. Release of Transcript Restriction set for 11/12/2024., filed. (Reed, Gwendolyn) (Entered: 08/14/2024) |
| 08/19/2024 | 40 (p.95) | Notice of Filing of Official Transcript as to 38 (p.229) Transcript - Appeal, 39 (p.275) Transcript - Appeal,. Party notified, filed. (var2) (Entered: 08/19/2024) |
| 08/27/2024 | | Electronic record on appeal certified to Fifth Circuit Court of Appeals as to William Scott Kendall re: 32 (p.82) Notice of Appeal - Judgment and Sentence. USCA No. 24-40441,filed. (var2) (Entered: 10/02/2024) |
| 08/27/2024 | | Electronic Access to Record on Appeal Provided as to William Scott Kendall re: 32 (p.82) Notice of Appeal - Judgment and Sentence to counsel. Attorneys of record at the Circuit may download the record from the Court of Appeals. (USCA No. 24-40441,filed. (var2) (Entered: 10/02/2024) |
| 09/24/2024 | 41 (p.96) | Fifth Court of Appeals LETTER advising order appointing counsel as to William Scott Kendall (USCA No. 24-40441),filed. (ntg2) (Entered: 09/25/2024) |
| 09/26/2024 | 42 (p.98) | PROBATION FORM 12C Petition for Warrant or Summons for Offender Under Supervision as to William Scott Kendall. Court Orders the issuance of a warrant and no bond ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (mam2) (Entered: 09/26/2024) |
| 09/26/2024 | | (Court only) SRT Warrant Issued in case as to William Scott Kendall ( Issued by Judge Nelva Gonzales Ramos), filed. (mam2) (Entered: 09/26/2024) |
| 09/30/2024 | | ***Set/Reset Hearings as to William Scott Kendall: Initial Appearance on Revocation Proceedings set for 10/1/2024 at 09:45 AM before Magistrate Judge Julie K Hampton (kwp2) (Entered: 09/30/2024) |
| 09/30/2024 | 43 (p.102) | ORDER APPOINTING COUNSEL for Defendant William Scott Kendall. Jon Muschenheim appointed. (Signed by Magistrate Judge Jason B. Libby) Parties notified. (mej2) (Entered: 09/30/2024) |
| 10/01/2024 | | Minute Entry for proceedings held before Magistrate Judge Julie K Hampton: Initial Appearance re Violation of Supervised Release as to William Scott Kendall held on 10/1/2024 (Deft informed of rights). Defendant requests appointed counsel. Financial Affidavit executed. Court grants request for appointment of counsel. Defendant consents to this hearing by video conference. Preliminary Hearing - Superv Rls set for 10/4/2024 at 10:00 AM before Magistrate Judge Julie K Hampton. Appearances: Zachary Bird, AUSA; Jon Muschenheim for Defendant; USPO: Victoria Muniz; USM: Deputy T. Davis. (Digital # 9:52-9:58) (ERO: Jared Marks) (Interpreter: not used) Deft remanded to custody. (mlg2) (Entered: 10/01/2024) |
| 10/01/2024 | 44 (p.103) | NOTICE OF SETTING as to William Scott Kendall. Final Hearing - Superv Rls Violation set for 10/30/2024 at 10:00 AM before Judge Nelva Gonzales Ramos, filed. (bnc2) (Entered: 10/01/2024) |
| 10/01/2024 | 45 (p.376) | Sealed Financial Affidavit CJA 23 by William Scott Kendall, filed. (Entered: 10/02/2024) |
| 10/02/2024 | 46 (p.104) | WAIVER of Preliminary Examination for Revocation Proceedings by William Scott Kendall, filed. (Muschenheim, Jon) (Entered: 10/02/2024) |
| 10/07/2024 | | |

| | 47 (p.105) | Arrest Warrant issued 9/26/2024; Returned Executed on 9/26/2024 as to William Scott Kendall. Defendant was arrested in Robstown. Document restricted from PACER under privacy policy., filed. (ntg2) (Entered: 10/07/2024) |
|---|---|---|
| 10/18/2024 | 48 (p.106) | SUPERSEDING PROBATION FORM 12C Petition for Offender Under Supervision as to William Scott Kendall. Court Orders: That the allegations contained in this superseding petition be considered at a revocation proceeding to be set before the Court. ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (lg2) (Entered: 10/18/2024) |
| 10/21/2024 | 49 (p.110) | MOTION Withdrawal as Attorney by William Scott Kendall, filed. (Attachments: # 1 (p.13) Order re Agreed WIthdrawal) (Muschenheim, Jon) (Entered: 10/21/2024) |
| 10/21/2024 | | (Court only) MOTIONS as to William Scott Kendall REFERRED to Judge Julie K Hampton: 49 (p.110) MOTION Withdrawal as Attorney . Designated staff for referral judge notified by NEF. (bnc2) (Entered: 10/21/2024) |
| 10/21/2024 | 50 (p.114) | ORDER APPOINTING COUNSEL for Defendant William Scott Kendall. Carlos Omar Reyna appointed. (Signed by Magistrate Judge Julie K. Hampton) Parties notified. (mwh2) (Entered: 10/21/2024) |
| 10/21/2024 | 51 (p.115) | ORDER as to William Scott Kendall granting 49 (p.110) MOTION Withdrawal as Attorney , Attorney Jon Muschenheim terminated in case as to William Scott Kendall. ( Signed by Magistrate Judge Julie K Hampton) Parties notified. (lg2) (Entered: 10/21/2024) |
| 10/23/2024 | 52 (p.116) | NOTICE OF ATTORNEY APPEARANCE Carolyn Ferko appearing for USA , filed. (Ferko, Carolyn) (Entered: 10/23/2024) |
| 10/24/2024 | 53 (p.377) | Sealed document, filed. (As per CM B.C.) (With attachments) (Entered: 10/24/2024) |
| 10/30/2024 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos: Final Hearing re: SRT Violation as to William Scott Kendall held on 10/30/2024 for William Scott Kendall (1), Count(s) 1, UPDATE 10/30/2024: 6 months CBOP; 30 months of Supervised Release; Substance Abuse Treatment and Testing; Alcohol Abuse Treatment and Abstinence; Mental Health Treatment; Anger Management; Battering and Intervention Program; 6 months of Location Monitoring. Deft enters pleas of true to allegations 1, 2. Govt's exhibits 1-3 admitted. Court accepts proffer testimonies. Court finds the allegations to be true. Court finds the Deft violated terms of supervised release. Supervised release is revoked. Deft advised of right to appeal. Appearances:USPO V. Muniz. Carolyn Ferko, Carlos Omar Reyna.(Digital # 10:30-10:46)(ERO:F. Carbia) Deft remanded to custody, filed. (bnc2) (Entered: 10/30/2024) |
| 10/30/2024 | 54 (p.118) | EXHIBIT LIST by USA as to William Scott Kendall, filed. (bnc2) (Entered: 10/30/2024) |
| 10/30/2024 | 55 (p.316) | Hearing Exhibits to 54 (p.118) Exhibit List as to William Scott Kendall. Attached documents may be viewed in the Office of the Clerk., filed. (bnc2) (Entered: 10/30/2024) |
| 10/31/2024 | 56 (p.119) | JUDGMENT FOR REVOCATION as to William Scott Kendall (1) Count 1 ( Signed by Judge Nelva Gonzales Ramos) Parties notified. (fmc2) (Entered: 10/31/2024) |
| 11/04/2024 | 57 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by William Scott |

| | | |
|---|---|---|
| | (p.123) | Kendall (Filing fee $ 605),filed. (Attachments: # 1 (p.13) Envelope) (ntg2) (Entered: 11/04/2024) |
| 11/05/2024 | 58 (p.126) | MOTION to Withdraw as Attorney by Carlos Omar Reyna by William Scott Kendall, filed. (Attachments: # 1 (p.13) Proposed Order) (Reyna, Carlos) (Entered: 11/05/2024) |
| 11/05/2024 | | Notice of Assignment of USCA No. 24-40727 as to William Scott Kendall re: 57 (p.123) Notice of Appeal - Judgment and Sentence,filed. (var2) (Entered: 11/05/2024) |
| 11/05/2024 | 59 (p.129) | Clerks Notice of Filing of an Appeal as to William Scott Kendall. The following Notice of Appeal and related motions are pending in the District Court: 57 (p.123) Notice of Appeal - Judgment and Sentence. Fee status: CJA. Reporter(s): ERO,filed. (Attachments: # 1 (p.13) Notice of Appeal) (mam2) (Entered: 11/05/2024) |
| 11/05/2024 | | Appeal Review Notes as to William Scott Kendall re: 57 (p.123) Notice of Appeal - Judgment and Sentence. Fee status: CJA. This defendant is represented by appointed counsel (CJA attorney or Federal Public Defender).Hearings were held in the case. DKT13 transcript order form(s) due within 14 days of the filing of the notice of appeal.,filed. (mam2) (Entered: 11/05/2024) |
| 11/06/2024 | | (Court only) MOTIONS as to William Scott Kendall REFERRED to Judge Julie K Hampton: 58 (p.126) MOTION to Withdraw as Attorney by Carlos Omar Reyna. Designated staff for referral judge notified by NEF. (bnc2) (Entered: 11/06/2024) |
| 11/06/2024 | 60 (p.133) | ORDER as to William Scott Kendall granting 58 (p.126) MOTION to Withdraw as Attorney by Carlos Omar Reyna, Attorney Carlos Omar Reyna terminated in case as to William Scott Kendall. ( Signed by Magistrate Judge Julie K Hampton) Parties notified. (lg2) (Entered: 11/06/2024) |
| 11/06/2024 | 61 (p.134) | ORDER APPOINTING COUNSEL for Defendant William Scott Kendall. Nelson Ebaugh appointed on appeal in this case. ( Signed by Magistrate Judge Julie K Hampton) Parties notified. (mam2) (Entered: 11/06/2024) |
| 11/06/2024 | 62 (p.135) | DKT13 TRANSCRIPT ORDER REQUEST by Appellant as to William Scott Kendall. This is to order a transcript of Initial Appearance re Violation of Supervised Release on 10/01/2024 before MJ Julie K Hampton. Court Reporter/Transcriber: GLR Transcribing Services. This order form relates to the following: 57 (p.123) Notice of Appeal - Judgment and Sentence, Initial Appearance - SRT/Probation Violation,,,filed. (Ebaugh, Nelson) Electronically forwarded to GLR on 12/23/2024 (jrm2). (Entered: 11/06/2024) |
| 11/06/2024 | 63 (p.136) | DKT13 TRANSCRIPT ORDER REQUEST by Appellant as to William Scott Kendall. This is to order a transcript of Final Hearing re: SRT Violation on 10/30/2024 before DJ Nelva Gonzales Ramos. Court Reporter/Transcriber: GLR Transcribing Services. This order form relates to the following: 57 (p.123) Notice of Appeal - Judgment and Sentence, SRT Violation - Final Hearing,,,,filed. (Ebaugh, Nelson) Electronically forwarded to GLR on 12/27/2024 (jrm2). (Entered: 11/06/2024) |
| 11/12/2024 | 64 (p.137) | Fifth Circuit Court of Appeals LETTER advising Court granted motion to supplement record as to William Scott Kendall (USCA No. 24-40441),filed. (Attachments: # 1 (p.13) appellant's motion) (ntg2) (Entered: 11/13/2024) |
| 11/15/2024 | | (Court only) CJA 20 as to William Scott Kendall: Authorization to Pay Carlos Omar Reyna Voucher # 0541.1821137 ( Signed by Judge Nelva Gonzales Ramos) Parties |

| | | notified. (lgr6) (Entered: 11/18/2024) |
|---|---|---|
| 11/18/2024 | 65 (p.178) | Motion to Supplement the Record with Attachments granted by Fifth Circuit as to William Scott Kendall, filed. (mam2) (Entered: 11/18/2024) |
| 11/18/2024 | 66 (p.219) | LETTER from William Kendall re: Felon in Possession Address, filed. (bnc2) (Additional attachment(s) added on 11/19/2024: # 1 (p.13) Unredacted attachment) (bnc2). (Entered: 11/19/2024) |
| 11/22/2024 | | Electronic record on appeal certified to Fifth Circuit Court of Appeals as to William Scott Kendall re: USCA Case Number. USCA No. 24-40441, filed. (mam2) (Entered: 11/22/2024) |
| 11/22/2024 | | Electronic Access to Record on Appeal Provided as to William Scott Kendall re: 32 (p.82) Notice of Appeal - Judgment and Sentence to Kuchera, John Andrew Mitchell, Carmen Castillo Harris, Philip. Attorneys of record at the Circuit may download the record from the Court of Appeals. (USCA No. 24-40441), filed. (mam2) (Entered: 11/22/2024) |
| 12/09/2024 | 67 (p.221) | LETTER MOTION for compassionate release under 18 USC 3582(c)(1)(a) as to William Scott Kendall re: Supervision, filed. (Attachments: # 1 (p.13) Envelope) (fmc2) (Entered: 12/10/2024) |
| 12/16/2024 | 68 (p.223) | ORDER denying 67 (p.221) LETTER MOTION as to William Scott Kendall (1).(Signed by Judge Nelva Gonzales Ramos.) Parties notified. (fmc2) (Entered: 12/16/2024) |
| 12/27/2024 | 69 (p.290) | APPEAL TRANSCRIPT as to William Scott Kendall re: INITIAL APPEARANCE RE SRT VIOLATION held on 10-1-24 before Magistrate Judge Julie K Hampton. Court Reporter/Transcriber GLR Transcribers. Ordering Party Nelson S. Ebaugh. This transcript relates to the following: 62 (p.135) Appeal Transcript Request, 57 (p.123) Notice of Appeal - Judgment and Sentence. Release of Transcript Restriction set for 3/27/2025., filed. (Reed, Gwendolyn) (Entered: 12/27/2024) |
| 12/27/2024 | 70 (p.301) | APPEAL TRANSCRIPT as to William Scott Kendall re: FINAL HEARING RE: SRT VIOLATION held on 10-30-24 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber GLR Transcribers. Ordering Party Nelson S. Ebaugh. This transcript relates to the following: 63 (p.136) Appeal Transcript Request, 57 (p.123) Notice of Appeal - Judgment and Sentence. Release of Transcript Restriction set for 3/27/2025., filed. (Reed, Gwendolyn) (Entered: 12/27/2024) |
| 12/27/2024 | 71 (p.225) | Notice of Filing of Official Transcript as to William Scott Kendall re: 69 (p.290) Transcript - Appeal,. Parties notified, filed. (SDTX_CMECF_AutoDocket, ) (Entered: 12/27/2024) |
| 12/27/2024 | 72 (p.226) | Notice of Filing of Official Transcript as to William Scott Kendall re: 70 (p.301) Transcript - Appeal,. Parties notified, filed. (SDTX_CMECF_AutoDocket, ) (Entered: 12/27/2024) |
| 12/31/2024 | 73 (p.227) | MAIL RETURNED UNDELIVERABLE re: 68 (p.223) sent to William Scot Kendall as to William Scott Kendall, filed. (Defendant address updated and doc. 68 re-sent) (jld4) (Entered: 01/02/2025) |

**TAB 3**

United States Courts
Southern District of Texas
FILED

NOV 0 4 2024

Nathan Ochsner, Clerk of Court

10/31/2024

William Scott Kendall Jr.
US14 # 79853510
Coastal Bend Detention Ctr.
4709 FM 2826
Robstown TX 78380

The Honorable Nelva Gonzalez Ramos
United States Federal Courthouse
1133 North Shoreline Blvd. Ste 208
Corpus Christi, TX 78401

Appeal 24-40727
My Regards;          Motion to Revoke Case 2:23-cv-00501

This letter is to give notice to the Court in order to comply
with the 14 day limitation of Defendant's intent to appeal
the Revocation of 10/30/2024 based on the following:

1. The prosecution's assertion that Defendant was in violation
by his presence at the home of his wife. Had the prosecution
conducted a investigation they would have found that the
task force who arrested Defendant Aug. 23, 2023 took
possession of all firearms possessed by Patricia Kendall.
Only one firearm - according to Mrs. Kendall - was left
for her personal defense. Then Defendant has No knowledge
of its location,

2. Mr. & Mrs. Kendall have separate property and estates. The
Court has no "constitutional Right" to inhibit their
legal Unions.

3. As can be proven by transcript - the denial that Patricia
Kendall "granting" her Constitutional Right to Keep and
Bear arms due to her husband's prohibition violates her
Constitutional Right and the "Inalienable Right of Self Preservation"[n]

United States Courts
Southern District of Texas
FILED

NOV 01 2023

which the Defendant herein still retains as well
as an Inalienable Right - a warrant by the Creator -
which cannot be discharged by men unless one has become
so arrogant as to believe he created himself,

This Right to Self Preservation
is Implicit in the "Inalienable" Right definition, as the
"Right to Pursue" Life, Liberty, and Happiness is also warranted
by the Creator with the Right to defend and protect its
source and preceeds any "Amendment" by mean for Ratification.

The right to keep and bear arms cannot be prohibited
or denied as it falls within the definition of the "Inalienable
Right to Self Preservation" - by any means necessary.

Furthermore, there is no Constitution provision that
mandates or allows a blanket/blanket covering of "Felony Loss of
Firearm" allowing it to be enumerated for the entirety
of ones life, even if a convicted felon. It can only
be enforced for the specified period of custody and/or
Supervision by a Legal Governing Agency. This broad application and
interpretation is not justified by Constitutional Provisions.

As Always,
My Regards

W

24-40727.124

**TAB 4**

United States Courts
Southern District of Texas
FILED

NOV 04 2024

Nathan Ochsner, Clerk of Court

10/31/2024

William Scott Kendall Jr.
USM# 79853510
Coastal Bend Detention Ch.
4309 FM 2826
Robstown TX 78380

The Honorable Nelva Gonzalez Ramos
United States Federal Courthouse
1133 North Shoreline Blvd. Ste 208
Corpus Christi, TX 78401

Appeal 24-40727

My Agendo;        Motion to Revoke Case 2:23-cv-00501

This letter is to give notice to the Court in order to comply with the 14 day limitation of Defendant's intent to appeal the Revocation of 10/30/2024 based on the following:

1. The prosecution's assertion that Defendant was in violation by his presence at the home of his wife. Had the prosecution conducted an investigation they would have found that the task force who arrested Defendant Aug. 23, 2023 took possession of all firearms possessed by Patricia Kendall. Only one firearm - according to Mrs. Kendall - was left for her personal defense. Then Defendant has no knowledge of its location,

2. Mr. & Mrs. Kendall have separate property and estates. The Court has no "constitutional right" to inhibit their legal unions.

3. As can be proven by transcript - the denial that Patricia Kendall "granting" her Constitutional right to keep and bear arms due to her husband's prohibition violates her Constitutional Rights of the "Inalienable Right of Self Preservation"

24-40727.130

United States Courts
Southern District of Texas
FILED

NOV 01 2024

Nathan Ochsner, Clerk of Court

which the Defendant herein still retains as well as an Inalienable Right - a warrant by the Creator- which cannot be discharged by man unless man has become so arrogant as to believe he created himself,

This Right to Self Preservation is Implicit in the "Inalienable" Right definition, as the "Right to Pursue" Life, Liberty, and Happiness is also warranted by the Creator with the Right to defend and protect its source and precedes any "Amendment" by mean for Ratification-

The right to keep and bear arms cannot be prohibited or denied as it falls within the definition of the "Inalienable Right to Self Preservation" - by any means necessary.

Furthermore, there is no Constitution provision that mandates or allows a blanket forfeiture of "felony possession of firearm" allowing it to be enumerated for the entirety of ones life, even if a convicted felon. It can only be enforced for the specified period of custody and/or supervision by a Legal Governing Agency. This broad application and interpretation is not justified by Constitutional Provisions.

As Always,
My Regards

W. J. Field

William F. Castlatte
79853510
Coastal Bend Detention Center
4909 Fm 2826
Robstown TX 78380

CBDC
DETAINEE
CORRESPONDENCE

United States Courts
Southern District of Texas
FILED

NOV 0 4 2024

Nathan Ochsner, Clerk of Court

The Hon. Nelva Gonzales Ramos
United States Fed. Courthouse
1133 North Shoreline Blvd.
Corpus Christi TX 78401

CORPUS CHRISTI
TX 784 1 L
01 NOV 2024 PM

7840132003 C029

24-40727.132

**TAB 5**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

SEP 27 2023

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| WILLIAM SCOTT KENDALL | § | **C - 23 - 50 1** |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about May 23, 2023, in the Corpus Christi Division of the Southern District of

Texas and within the jurisdiction of the Court, the defendant,

**WILLIAM SCOTT KENDALL,**

knowingly possessed a firearm in and affecting interstate commerce, to wit: a Ruger, Model P89,

9mm semi-automatic pistol, serial number 313-97318, having previously been convicted in any

court of a crime punishable by imprisonment for a term exceeding one year (a felony offense), and

knowing that he was a person who has been convicted of a felony offense.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d) and Title 27, United States

Code, Section 2461(c), as a result of the commission of a violation of Title 18, United States

Code, Sections 922(g)(1) and 924(a)(8), as alleged in Count One of the Indictment, notice is

given that the defendant,

**WILLIAM SCOTT KENDALL,**

shall forfeit to the United States any firearm used in commission of the offense, including, but not

limited to, the following:

1. A Ruger, Model P89, 9mm semi-automatic pistol, serial number 313-97318;

All pursuant to Title 18, United States Code, Section 924(d), and Title 27, United States Code, Section, and 2461(c).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By: _____

JOEL DUNN
Assistant United States Attorney

**TAB 6**

Case Case 3:24-cr-00727   Document 342   Filed on 06/17/24 in TXSD   Page 41 of 6
AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS
Holding Session in Corpus Christi

**ENTERED**
June 17, 2024
Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| **WILLIAM SCOTT KENDALL** | **CASE NUMBER:** 2:23CR00501-001 |
| | **USM NUMBER:** 79853-510 |

Rachel Elizabeth Braver, AFPD
<small>Defendant's Attorney</small>

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1 on February 22, 2024.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 922(g)(1) and 924(a)(8) | Felon in Possession of a Firearm and Ammunition | 05/23/2023 | 1 |

☐ See Additional Counts of Conviction.

    The defendant is sentenced as provided in pages 2 through  6  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 5, 2024
Date of Imposition of Judgment

*Nelva Gonzales Ramos*
Signature of Judge

**NELVA GONZALES RAMOS**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

June 17, 2024
Date

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 2 – Imprisonment

DEFENDANT:        **WILLIAM SCOTT KENDALL**
CASE NUMBER:      **2:23CR00501-001**

# IMPRISONMENT

      The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of <u>18 months.</u>

This sentence is to be served concurrently with any sentences imposed in Dkt. Nos. 23FC2258-B and 23FC1992-B.

☐  See Additional Imprisonment Terms.

☐  The court makes the following recommendations to the Bureau of Prisons:

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____ on _____

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                       _____

                                       UNITED STATES MARSHAL

By _____

                                    DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 3 – Supervised Release

| | Judgment — Page | 3 | of | 6 |

DEFENDANT: **WILLIAM SCOTT KENDALL**
CASE NUMBER: **2:23CR00501-001**

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of 3 years.

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

☒  See Special Conditions of Supervision.

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.
14. If restitution is ordered, the defendant must make restitution as ordered by the Judge and in accordance with the applicable provisions of 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663A and/or 3664. The defendant must also pay the assessment imposed in accordance with 18 U.S.C. § 3013.
15. The defendant must notify the U.S. Probation Office of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines, or special assessments.

24-40727.78

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 3D – Supervised Release

Judgment — Page ___4___ of ___6___

DEFENDANT:      **WILLIAM SCOTT KENDALL**
CASE NUMBER:    **2:23CR00501-001**

# SPECIAL CONDITIONS OF SUPERVISION

**<u>Substance Abuse Treatment, Testing, and Abstinence:</u>** You must participate in an outpatient substance-abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program, including the provider, location, modality, duration, and intensity. You must pay the costs of the program, if financially able.

You may not possess any controlled substances without a valid prescription. If you do have a valid prescription, you must follow the instructions on the prescription.

You must submit to substance-abuse testing to determine if you have used a prohibited substance, and you must pay the costs of the testing if financially able.  You must not attempt to obstruct or tamper with the testing methods.

You may not use or possess alcohol.

You must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances, including synthetic marijuana or bath salts, that impair a person's physical or mental functioning, whether or not intended for human consumption, except as with the prior approval of the probation officer.

**<u>Battering Intervention and Prevention Program:</u>** You must participate in a battering intervention and prevention program or other similar program designed to rehabilitate persons who engage in domestic violence. You will incur costs associated with such program, based on ability to pay as determined by the probation officer.

24-40727.79

Case Case 3:24-cr-00727 Document 342 Filed on 45/17/24 in TXSD 04/18/2025 of 6
AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties

Judgment — Page ___5___ of ___6___

DEFENDANT:        **WILLIAM SCOTT KENDALL**
CASE NUMBER:      **2:23CR00501-001**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment[1] | JVTA Assessment[2] |
|---|---|---|---|---|---|
| **TOTALS** | $100.00 | $0 | $0 | $0 | $0 |

☐  See Additional Terms for Criminal Monetary Penalties.

☐  The determination of restitution is deferred until _____.  An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

    If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss[3]** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

☐  See Additional Restitution Payees.
**TOTALS**

☐  Restitution amount ordered pursuant to plea agreement $_____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐  the interest requirement is waived for the  ☐ fine  ☐ restitution.

    ☐  the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

☐  Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

[1]  Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
[2]  Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
[3]  Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 6 – Schedule of Payments

Judgment — Page    6    of    6

DEFENDANT:      **WILLIAM SCOTT KENDALL**
CASE NUMBER:    **2:23CR00501-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A  ☐  Lump sum payment of $ _____ due immediately, balance due

   ☐  not later than _____ , or

   ☐  in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B  ☒  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

C  ☐  Payment in equal _____ installments of $ _____ over a period of _____ ,
       to commence _____ after the date of this judgment; or

D  ☐  Payment in equal _____ installments of $ _____ over a period of _____ ,
       to commence _____ after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ after release from imprisonment.
       The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☒  Special instructions regarding the payment of criminal monetary penalties:

       Payable to:    Clerk, U.S. District Court
                      Attn: Finance
                      1133 N Shoreline Blvd, Ste 208
                      Corpus Christi, TX 78401

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**                          **Joint and Several**    **Corresponding Payee,**
**(including defendant number)**    **Total Amount**    **Amount**    **if appropriate**

☐  See Additional Defendants and Co-Defendants Held Joint and Several.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

**TAB 7**

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                        Sheet 1

United States District Court
Southern District of Texas

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS
Holding Session in Corpus Christi

UNITED STATES OF AMERICA

v.

**WILLIAM SCOTT KENDALL**

# JUDGMENT IN A CRIMINAL CASE

(For **Revocation** of Probation or Supervised Release)

**CASE NUMBER: 2:23CR00501-001**
**USM NUMBER: 79853-510**

Carlos Omar Reyna
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) <u>1 and 2</u> of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Failure to Abide by Drug Treatment Program's Rules and Regulations | 09/21/2024 |
| 2. | Law Violation: Assaulting, Obstructing, or Impeding a U.S. Probation Officer | 09/21/2024 |

☐  See Additional Violations

The defendant is sentenced as provided in pages 2 through __4__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.:  XXX-XX-1945 | October 30, 2024 |
| Defendant's Date of Birth:  XX/XX/1964 | Date of Imposition of Judgment |

City and State of Defendant's Residence:
George West, Texas

*Nelva Gonzales Ramos*
Signature of Judge

**NELVA GONZALES RAMOS**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

October 31, 2024
Date

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 2 – Imprisonment

Judgment — Page ___2___ of ___4___

DEFENDANT: **WILLIAM SCOTT KENDALL**
CASE NUMBER: **2:23CR00501-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of 6 months.

☐  See Additional Imprisonment Terms.

☐  The court makes the following recommendations to the Bureau of Prisons:

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

  ☐  at _____ on _____

  ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐  before 2 p.m. on _____

  ☐  as notified by the United States Marshal.

  ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

24-40727.120

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 3 – Supervised Release

Judgment — Page __3__ of __4__

DEFENDANT: **WILLIAM SCOTT KENDALL**
CASE NUMBER: **2:23CR00501-001**

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of 30 months.

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.
14. If restitution is ordered, the defendant must make restitution as ordered by the Judge and in accordance with the applicable provisions of 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663A and/or 3664. The defendant must also pay the assessment imposed in accordance with 18 U.S.C. § 3013.
15. The defendant must notify the U.S. Probation Office of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines, or special assessments.

Case 2:23-cr-00727    Document 642    Page 51 of 31   Date Filed 04/18/2025   Page 4 of 4
AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 3D – Supervised Release

Judgment — Page   4   of   4

DEFENDANT: **WILLIAM SCOTT KENDALL**
CASE NUMBER: **2:23CR00501-001**

# SPECIAL CONDITIONS OF SUPERVISION

**SUBSTANCE ABUSE TREATMENT, TESTING, AND ABSTINENCE:** You must participate in an **outpatient substance-abuse** treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program, including the provider, location, modality, duration, and intensity. You must pay the costs of the program, if financially able.

You must participate in an **outpatient alcohol-abuse** treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program, including the provider, location, modality, duration, and intensity. You must pay the costs of the program if financially able.

You may not possess any controlled substances without a valid prescription. If you do have a valid prescription, you must follow the instructions on the prescription.

You must submit to substance-abuse testing to determine if you have used a prohibited substance, and you must pay the costs of the testing if financially able. You may not attempt to obstruct or tamper with the testing methods.

You may not use or possess alcohol.

You may not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances, including synthetic marijuana or bath salts, that impair a person's physical or mental functioning, whether or not intended for human consumption, except as with the prior approval of the probation officer.

**MENTAL HEALTH TREATMENT:** You must participate in a mental-health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program, including the provider, location, modality, duration, and intensity. You must pay the cost of the program, if financially able.

You must take all mental-health medications that are prescribed by your treating physician. You must pay the costs of the medication, if financially able.

**ANGER MANAGEMENT:** You must participate in a mental health program specifically for anger management. You must pay the cost of the program, if financially able.

**BATTERING INTERVENTION AND PREVENTION:** The defendant shall participate in a battering intervention and prevention program or similar program designed to rehabilitate domestic violence offenders as directed by the probation officer. The defendant will incur costs associated with such program, based on ability to pay as determined by the probation officer.

**LOCATION MONITORING:** You will be monitored by the form of location monitoring technology indicated below for a period of **six (6) months**, and you must follow the rules and regulations of the location monitoring program. You must pay the costs of the program, if financially able.

Location monitoring technology at the discretion of the probation officer.

This form of location monitoring technology will be used to monitor the following restriction on your movement in the community:

You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as preapproved by the officer (Home Detention).

24-40727.122

**TAB 8**

PROB 12C [COR]
(06/15)

United States District Court
Southern District of Texas
**ENTERED**
September 26, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT

## for the

## SOUTHERN DISTRICT OF TEXAS

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  William Scott Kendall          Case Number:          2:23CR00501-001

Name of Sentencing Judge:      Honorable Nelva Gonzales Ramos

Date of Original Sentence:      June 5, 2024

Original Offense:      Felon in Possession of a Firearm and Ammunition

Original Sentence:      18 months custody of the U.S. Bureau of Prisons (to be served concurrently with any sentences imposed in Dkt. Nos. 23FC2258-B and 23FC1992-B), followed by a 3-year term of supervised release.

Type of Supervision:  Supervised Release          Supervision Started:  August 30, 2024

Assistant U.S. Attorney:    Joel Stacey Dunn          Defense Attorney:      Rachel Elizabeth Braver, AFPD

---

## EARLIER COURT ACTION

None.

---

## PETITIONING THE COURT

To issue a warrant and set a Revocation Hearing to show cause why Supervised Release should not be revoked.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Failure to Abide by Drug Treatment Program's Rules and Regulations** |

William Scott Kendall
Dkt. No. 2:23CR00501-001
Page 2

On September 3, 2024, William Scott Kendall was referred to Paramount Therapy Center, a drug treatment agency in Corpus Christi, Texas, where he was scheduled for an initial assessment to determine if services were required. On September 21, 2024, William Scott Kendall reported to Paramount Therapy Center as instructed. Shortly after reporting to the treatment agency, the defendant violated the rules and regulations of the Paramount Therapy Center by refusing to participate in the substance abuse treatment assessment and left Paramount Therapy Center without participating in the drug treatment assessment and without permission from the counselor.

## 2       Law Violation: Terroristic Threat

From on or about September 20, 2024, through September 21, 2024, in Corpus Christi, Texas, William Scott Kendall did threaten to commit an offense involving violence against a public servant to wit: United States Probation Officer Amelia Vega with intent to place U.S. Probation Officer Amelia Vega in fear of imminent serious bodily injury, in violation of Texas Penal Code, Section 22.07 (a)(2) and (c-2), a Class B Misdemeanor.

**Details:** On September 20, 2024, through September 21, 2024, William Scott Kendall sent various text messages to United States Probation Officer Amelia Vega's government issued cell phone. The offender sent USPO Vega threatening messages causing fear of imminent serious bodily injury after she conducted a home visit on September 17, 2024. Mr. Kendall sent threats to USPO Vega to include: "I've had enough. You have a conviction to support a sanction good. 8f you don't you know what's coming." "8m coming coming after every court that allows this to happen. There is nothing you can do", "You started this fight. I'm gonna finish it", "I'm am coming after you people the liars. I will see you all very eoon", "I'm coming after you people. 8 was not guilty. Bi am going to prove …lol. I'm coming after u", "8f you people come after me again over a lie.mguess what I will do mi answer to you no more. I'm done. It was all a lie to begin with band I will carry a gyn", "I will never yield to this messed up administration..i hold you all in contempt. I will carry a gun only if necessary.mm", "I'm done. Was guilty of nothing to begin with.. you want me come and get n me", "I am going to carry a gun. You fools sold this country out. "I'm sorry not…people. Never beat my mother up never beat anyone up. You feds. I will b seeing u soon", "You picked the wrong fight  I'm coming after u", "You want me come get me. But it will b over a lie. Goodbye".

It should also be noted that Mr. Kendall repeatedly stated he will not report to the U.S. Probation Office for something he did not do. Additionally, Mr. Kendall stated, "To be honest. I have no regard for what the judge suggested..I don't owe her anything and her judgement is. Welcome let's just say prejudiced.. I'm finished.." "I was not guilty to begin with.. I answer to no one anymore.", "I completely refuse what the judge said.. 8m done."

24-40727.99

William Scott Kendall
Dkt. No. 2:23CR00501-001
Page 3

**U.S. Probation Officer Recommendation:**

☒      The term of supervision should be

     ☒      revoked.

     ☐      extended for ___ years, for a total of ___ years.

☐      To modify the conditions of supervision as follows:

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Approved:

Respectfully submitted,

By:

Ricardo J. Ortiz, Supervising
United States Probation Officer

Victoria Muniz
United States Probation Officer
September 26, 2024

William Scott Kendall
Docket Number:  2:23CR00501-001
Page  4

THE COURT ORDERS:

[  ]    No Action

[×]    The Issuance of a Warrant, and no bond.

[  ]    The Issuance of a Warrant, and a bond of $_____ cash / surety with supervision as
         directed by the Probation Officer as a condition of said bond.

[  ]    The Issuance of a Summons.

[  ]    Other:


_____
Nelva Gonzales Ramos
U. S. District Judge


September 26, 2024
_____
Date

24-40727.101

**TAB 9**

PROB 12CS [COR]
(06/15)

United States District Court
Southern District of Texas
**ENTERED**
October 18, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT

## for the

## SOUTHERN DISTRICT OF TEXAS

### Superseding Petition for
### Offender Under Supervision

Name of Offender:    William Scott Kendall           Case Number:        2:23CR00501-001

Name of Sentencing Judge:    The Honorable Nelva Gonzales Ramos

Date of Original Sentence:    June 5, 2024

Original Offense:    Felon in Possession of a Firearm and Ammunition

Original Sentence:    18 months custody of the U.S. Bureau of Prisons (to be served concurrently with any sentences imposed in Dkt. Nos. 23FC2258-B and 23FC1992-B), followed by a 3-year term of supervised release.

Type of Supervision:    Supervised Release        Supervision Started:    August 30, 2024

Assistant U.S. Attorney:    Joel Stacey Dunn        Defense Attorney:        Rachel Elizabeth Braver, AFPD

---

## EARLIER COURT ACTION

On September 26, 2024, a Probation Form 12C was submitted to the Court alleging that the offender violated his SRT by failure to abide by drug treatment program's rules and regulations and committing the law violation of terroristic threat. The U.S Marshals Service executed the federal warrant on September 26, 2024. The offender remains in federal custody.

---

## PETITIONING THE COURT

To hear the original allegation, as well as the updated allegation contained in this Superseding Petition. It is understood the original allegation and new allegation are contained in this Superseding Petition.

The probation officer believes that the offender has violated the following conditions of supervision:

William Scott Kendall
Dkt. No. 2:23CR00501-001
Page 2

| **Violation Number** | **Nature of Noncompliance** |
| --- | --- |

**1**          Failure to Abide by Drug Treatment Program's Rules and Regulations

On September 3, 2024, William Scott Kendall was referred to Paramount Therapy Center, a drug treatment agency in Corpus Christi, Texas, where he was scheduled for an initial assessment to determine if services were required. On September 21, 2024, William Scott Kendall reported to Paramount Therapy Center as instructed. Shortly after reporting to the treatment agency, the defendant violated the rules and regulations of Paramount Therapy Center by refusing to participate in the substance abuse treatment assessment and left Paramount Therapy Center without participating in the drug treatment assessment and without permission from the counselor.

**2**          Law Violation: Assaulting, Obstructing, or Impeding a U.S. Probation Officer

From September 20, 2024 to September 21, 2024, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant, William Scott Kendall, did intentionally intimidate and interfere with United States Probation Officer A.V., a person designated in Title 18, United States Code, Section 1114, while said person was engaged in and on account of the performance of her official duties, and said acts involving intimidating threats with the victim, in violation of 18 U.S.C., Section 111(a)(1), a class A misdemeanor.

**Details:** From September 20, 2024, to September 21, 2024, William Scott Kendall sent various text messages to United States Probation Officer A.V. government issued cell phone. The offender sent USPO A.V. threatening messages causing fear of imminent serious bodily injury after she conducted a home visit on September 17, 2024. Mr. Kendall sent threats to USPO A.V. to include: "I've had enough. You have a conviction to support a sanction good. 8f you don't you know what's coming." "8m coming coming after every court that allows this to happen. There is nothing you can do", "You started this fight. I'm gonna finish it", "I'm am coming after you people the liars. I will see you all very eoon", "I'm coming after you people. 8 was not guilty. Bi am going to prove …lol. I'm coming after u", "8f you people come after me again over a lie.mguess what I will do mi answer to you no more. I'm done. It was all a lie to begin with band I will carry a gyn", "I will never yield to this messed up administration..i hold you all in contempt. I will carry a gun only if necessary.mm", "I'm done. Was guilty of nothing to begin with.. you want me come and get n me", "I am going to carry a gun. You fools sold this country out. "I'm sorry not…people. Never beat my mother up never beat anyone up. You feds. I will b seeing u soon", "You picked the wrong fight I'm coming after u", "You want me come get me. But it will b over a lie. Goodbye".

It should also be noted that Mr. Kendall repeatedly stated he will not report to the U.S. Probation Office for something he did not do. Additionally, Mr. Kendall stated, "To be honest. I have no regard for what the judge suggested..I don't owe her anything and her judgement is. Welcome

William Scott Kendall
Dkt. No.  2:23CR00501-001
Page 3

let's just say prejudiced.. I'm finished.." "I was not guilty to begin with.. I answer to no one anymore.", "I completely refuse what the judge said.. 8m done."

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Approved:                                    Respectfully submitted,

_____         By: _____
Ricardo J. Ortiz, Supervising          Victoria Muniz
United States Probation Officer       United States Probation Officer
                                                    October 18, 2024

William Scott Kendall
Docket Number: 2:23CR00501-001
Page 4

[X]   That the allegations contained in this superseding petition be considered at a revocation proceeding
      to be set before the Court.

[  ]   Other:

_____

Nelva Gonzales Ramos

U. S. District Judge

October 18, 2024
_____
                        Date

24-40727.109

# Certificate of Service

I certify that on April 16, 2025, the foregoing document was served, via the Court's CM/ECF Document Filing System, upon all counsel of record.

S/Nelson Ebaugh

Nelson Ebaugh